# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Jenna Ewing, et al.
                                        Plaintiff,

v.                                                                            Case No.: 3:24−cv−50016
                                                                            Honorable Iain D. Johnston

Rockford Christian Schools, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 14, 2024:

       MINUTE entry before the Honorable Lisa A. Jensen: In light of Plaintiffs' amended complaint [22], Defendant Rockford Christian School's motion to dismiss [16] is stricken as moot. Defendants shall answer or otherwise respond to Plaintiffs#039; amended complaint by 05/28/2024. See FRCP 15(a)(3). Mailed notice. (vk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.