1328-855
BMS/LLB

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| B.E., a minor, and JENNA EWING, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 24-cv-50016 |
| ) | |
| A.W., a minor, and ROCKFORD ) | Judge Iain D. Johnston |
| CHRISTIAN SCHOOLS, ) | Magistrate Judge Margaret J. Schneider |
| ) | |
| Defendants. ) | |

**DEFENDANT ROCKFORD CHRISTIAN SCHOOLS' MOTION TO CONDUCT DISCOVERY DEPOSITIONS OF PLAINTIFFS IN PERSON**

NOW COMES Defendant, **ROCKFORD CHRISTIAN SCHOOLS**, by and through its attorneys, HEYL, ROYSTER, VOELKER & ALLEN, and for their Motion to Conduct the Discovery Depositions of Plaintiffs B.E. and JENNA EWING in Person, states as follows:

1. This lawsuit arises out of alleged bullying/harassment incidents that occurred on the grounds at Rockford Christian School ("RCS"), located at 1401 N Bell School Rd, Rockford, IL 61107. At the time, Plaintiff B.E. and Defendant A.W. were enrolled as students at RCS. Plaintiff B.E. was enrolled at RCS by her mother, Plaintiff JENNA EWING.

2. Defense counsel has requested to depose the Plaintiffs in person as opposed to via videoconference. Due to the nature of Plaintiff's allegations and Plaintiffs' claimed damages (which include emotional and psychological damages), it is necessary for defense counsel to depose Plaintiffs in person to assess their credibility via their attitude, demeanor, and body language.

3. Counsel for Plaintiffs and RCS have discussed this issue several times including, most recently, a telephone conference on 3/28/25, in which Plaintiffs' counsel reiterated that she

1328-855
BMS/LLB

would not agree to present Plaintiffs in person for their depositions. Plaintiffs' counsel stated that Plaintiffs moved to Florida following the filing of this suit, and they should not have to bear the costs of presenting for an in-person deposition.

4. The noticing party has the initial say as to the location of the deposition. Fed. R. Civ. P. 30(b)(1). There is a general presumption that a plaintiff may be deposed in the judicial district where she has brought suit, as she "has effectively consented to participation in legal proceedings there" as she selected that forum. In re Outsidewall Tire Litigation, 267 F.R.D. 466, 471 (E.D. Virginia, May 4, 2010) (citing 8A Charles Alan Wright, Arthur R. Miller, Mary Kay Kane & Richard L. Marcus, *Federal Practice & Procedure* § 2112).

5. Under Fed. R. Civ. P. 30(b)(4), this Court has discretion whether to permit Plaintiffs depositions to proceed in person or via remote means after weighing whether there is a legitimate reason to take a deposition remotely given all the facts and circumstances of a given case. *See also* In re Broiler Chicken Antitrust Litig., 2020 WL 3469166 at *1 (N.D. Illinois, East. Div. June 25, 2020) (permitting remote depositions due to the onset of the COVID-19 pandemic and relevant health concerns). Unlike the prospective deponents in Broiler Chicken, this is not a situation in which the health and safety of the Plaintiffs are at issue. Defendants here are within their rights to cross-examine these adverse witnesses face to face.

6. Plaintiffs can be presented at their counsel's Chicago office. Defense counsel also has offices in both downtown Chicago (33 N. Dearborn) and Rockford, IL (120 W State St. #2) with large conference rooms which can be made available for the depositions.

7. Alternatively, defense counsel requests that Plaintiffs pay travel costs for counsel to depose Plaintiffs in person at a location convenient to their residence in Florida.

1328-855
BMS/LLB

WHEREFORE, Defendant RCS respectfully requests that this court allow the depositions of Plaintiffs to proceed in-person in either Rockford or Chicago, Illinois, or, in the alternative, for Plaintiffs to pay defense counsel's travel costs to take their depositions in person in Florida.

**ROCKFORD CHRISTIAN SCHOOLS**,
Defendant

BY: ___/s/ Laura L. Buecker_____
HEYL, ROYSTER, VOELKER & ALLEN
Brian M. Smith ARDC #6293822
Laura L. Buecker, ARDC# 6326647

Brian M. Smith, Esq.
HEYL, ROYSTER, VOELKER & ALLEN, P.C.
301 N. Neil Street, Suite 505
Champaign, IL 61820
Telephone: 217.344.0060
Primary e-service: urbecf@heylroyster.com
Secondary e-service #1: bsmith@heylroyster.com
Secondary e-service #3: tparker@heylroyster.com
AND
Laura L. Buecker, Esq.
HEYL, ROYSTER, VOELKER & ALLEN, P.C.
33 N. Dearborn St., 7th Floor
Chicago, IL 60602
Telephone: 312.853.8700
PRIMARY E-service: chiecf@heylroyster.com
Secondary E-service: lbuecker@heylroyster.com
Secondary E-service: sskierkiewicz@heylroyster.com

1328-855
BMS/LLB

# **CERTIFICATE OF SERVICE**

I certify that on April 11, 2025, I electronically filed the foregoing with the Clerk of the above Court using the CM/ECF system, which will send notification of such filing on the following attorneys:

| **Attorneys for Plaintiffs:**<br>Christina W. Abraham<br>Abraham Law & Consulting, LLC<br>161 N. Clark Street, Suite 4700<br>Chicago, IL 60601<br>(773) 931-7251<br>christina.w.abraham@gmail.com | **Attorneys Defendant A.W., a minor**<br>Scott A. Calkins<br>Reno & Zahm LLP<br>2902 McFarland Road, Suite 400<br>Rockford, IL 61107<br>(815) 987-4050<br>sac@renozahm.com |
|---|---|
| **Attorneys for Defendant Rockford Christian Schools**<br>Joseph G. Skryd<br>James J. Temple<br>Andrew K. Miller<br>Mulherin, Rehfeldt & Varchetto, P.C.<br>4200 Commerce Court, Suite 200<br>Lisle, IL 60532<br>(630)653-9300<br>jskryd@mrvlaw.com; jtemple@mrvlaw.com; amiller@mrvlaw.com | |

    /s/ Laura L. Buecker
lbuecker@heylroyster.com