# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Western Division

Jenna Ewing, et al.
                           Plaintiff,

v.                                                  Case No.: 3:24–cv–50016
                                                            Honorable Iain D. Johnston

Rockford Christian Schools, et al.
                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 22, 2025:

      MINUTE entry before the Honorable Margaret J. Schneider: Motion hearing held on 04/22/25. For reasons stated in open Court, Plaintiffs' motion to compel and for an extension of fact discovery [71] is granted in part. Fact discovery is extended to 06/30/25 without objection. The parties are directed to work together to schedule outstanding depositions prior to the close of fact discovery. Defendant Rockford Christian Schools' motion to conduct discovery depositions of Plaintiffs in person [74] is denied without prejudice with leave to refile if necessary. The parties are directed to meet and confer further on this issue as discussed during the hearing. A telephonic status conference is set on 07/01/25 at 9:00 a.m. to discuss the status of discovery and depositions. The Court will be utilizing the Cisco Webex platform. Public access is available via the following call–in number: 1–(650)–479–3207 and enter ACCESS CODE: 180–822–8235#. Counsel for all parties are directed to appear. Counsel of record will receive an email the day prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions.Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.